In the Court of Criminal Appeals
Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

Alpha James Badeaux

v.

FILED IN
COURT OF CRIMINAL APPEALS

JUL 29 2015

Abel Acosta, Clerk

The State of Texas

COA No. 09-XX-XXXXX-CR
Appeal No. WR-72,806-02
Tr. No. 105-02-XXXXX-CR
PD-0859-15

Motion Requesting Suspension of Rule 9.3(b) T.R.A.P. (As Required with Petitioners Motion for Rehearing)

To the Honorable Justices of the Court of Criminal Appeals:

Comes Now, Alpha James Badeaux, Petitioner Pro-Se and files this Motion Requesting Suspension of Rule 9.3(b) of the Texas Rules of Appellate Procedure, In Support thereof the Petitioner shows the Court as follows:

I

On Friday 10. 2015, Petitioner's Pro-Se filed to the Trial-Court, Court of Criminal Appeals And Fourteenth Court of Appeals. Petitioner filed A Motion And was granted Extension from 7-10-2015 Until September 22, 2015.

II

(1) The Petitioner is Proceeding Pro-Se And has No Access to a Copy Machine, Or friend or family and I can't Obtaining Any Copies.

(2) The Petitioner must rely on other inmates to the law Library.

Wherefore, Petitioner Prays that this Court Grant this Motion to suspend Rule 9.3(b) in Petitioners Motion for Rehearing.

Respectfully Submitted

Alpha James Badeaux
Petitioner Pro-Se

7-27-2015